**462**

**In the Matter of Robert C. McCLENAHAN.**

**No. 397, Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

March 6, 1995.

### ORDER

PER CURIAM:

AND NOW, this 6th day of March, 1995, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated February 9, 1995, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

MONTEMURO, J., is sitting by designation.

**In the Matter of Jerome M. BROWN.**

**No. 339, Disciplinary Docket No. 1.**

Supreme Court of Pennsylvania.

March 10, 1995.

### ORDER

PER CURIAM:

AND NOW, this 10th day of March, 1995, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated February 13, 1995, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses in-

curred by the Board in the investigation and processing of the Petition for Reinstatement.

MONTEMURO, J., is sitting by designation.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Edward Thomas ZATSICK, Respondent.**

**No. 106, Disciplinary Docket No. 3.
Disciplinary Board No. 4 DB 95.**

Supreme Court of Pennsylvania.

March 10, 1995.

### ORDER

PER CURIAM:

AND NOW, this 10th day of March, 1995, there having been filed with this Court by Edward Thomas Zatsick his verified Statement of Resignation dated February 8, 1995, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Edward Thomas Zatsick be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.